UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 08-123-ART-HAI-(2) |
| STACY STACEY, | ) **ORDER** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Stacy Stacey violated the terms of her supervised release. Stacey stipulated to all four of the charged violations. R. 92. Pursuant to the Court's referral order, R. 88, Magistrate Judge Hanly A. Ingram has filed a Report and Recommendation ("R&R") that makes three recommendations. R. 93. First, Judge Ingram recommends that the Court sentence Stacey to eighteen months of incarceration, with no supervised release to follow. *Id.* at 9. Second, Judge Ingram recommends that the judgment reflect that the outstanding charge in Stacey's Presentence Investigation Report has been resolved. *Id.* at 10. Finally, Judge Ingram recommends that the Bureau of Prisons place Stacey in a halfway house following incarceration, to transition Stacey back into society. *Id.* Accordingly, it is **ORDERED** that the R&R, R. 93, is **ADOPTED** as the opinion of the Court. The Court will issue a separate judgment.

This the 11th day of August, 2016.



Signed By:
*Amul R. Thapar* AT
United States District Judge